| | |
|---|---|
| 1 | Robert B. Hawk (SBN 118054) |
| 2 | Ryan D. Marsh (SBN 237259)<br>HOGAN & HARTSON LLP |
| 3 | 525 University Avenue, 4th Floor<br>Palo Alto, California 94301 |
| 4 | Telephone: (650) 463-4000<br>Facsimile: (650) 463-4199 |
| 5 | rbhawk@hhlaw.com; rdmarsh@hhlaw.com |
| 6 | Attorneys for Defendant<br>CONAGRA FOODS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JULIE MEAUNRIT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA FOODS, INC.; and THE BLACKSTONE GROUP,<br><br>Defendants. | CASE NO.: C 09-02220 CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT, CONAGRA FOODS, INC. TO RESPOND TO COMPLAINT**<br><br>The Honorable Charles R. Breyer |

("PROPOSED" appears with strikethrough in the heading)

WHEREAS Plaintiff filed the Complaint on May 20, 2009 in the United States District Court for the Northern District of California;

WHEREAS Plaintiff served the Complaint on defendant ConAgra Foods, Inc. ("ConAgra") on or about July 6, 2009;

WHEREAS ConAgra's response to the Complaint is now due on July 27, 2009;

WHEREAS Plaintiff intends to file an amended complaint in the first part of August, responding to certain issues raised by defendant The Blackstone Group;

WHEREAS, because of the expected imminent amendment of the Complaint and ConAgra's need for additional time to prepare its response (based on attorney vacation schedules and work demands), ConAgra desires additional time to respond to the Complaint (*i.e.*, the Amended Complaint) in this action;

WHEREAS this extension of time is made in good faith and not for the purpose of delay, and will not prejudice any party;

WHEREAS Plaintiff and her counsel do not object to this extension;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant ConAgra, through their respective counsel, that the time for Defendant ConAgra Foods, Inc. to answer or otherwise respond to the Complaint is extended from July 27, 2009 to September 9, 2009.

IT IS SO STIPULATED.

Dated: July 23, 2009      HOGAN & HARTSON LLP

                          By:     /s/ Robert B. Hawk
                                  Robert B. Hawk
                                  Attorneys for Defendant
                                  CONAGRA FOODS, INC.

Dated: July 23, 2009      THE CONSUMER LAW GROUP

                          By:     /s/ Alan M. Mansfield
                                  Alan M. Mansfield
                                  Attorneys for Plaintiff
                                  JULIE MEAUNRIT

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT CONAGRA TO RESPOND TO COMPLAINT; CASE NO.: C 09-2220 CRB

1 **[PROPOSED] ORDER**

Pursuant to the above stipulation of Plaintiff and Defendant ConAgra Foods, Inc., and finding good cause therefore, this Court orders that the deadline to answer or otherwise respond to Plaintiff's Complaint be extended to September 9, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:   July  24 , 2009         _____

U.S. District Judge Breyer



JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT CONAGRA TO RESPOND TO COMPLAINT; CASE NO.: C 09-2220 CRB

1    I, Robert B. Hawk, am the ECF User whose ID and password are being used to file this
2    Joint Stipulation And [Proposed] Order Extending Time For Defendant ConAgra Foods, Inc. to
3    Respond to Complaint.  I hereby attest that plaintiff's counsel, through Alan M. Mansfield, Esq.,
4    has concurred in this filing.

6    DATED: July 23, 2009                    HOGAN & HARTSON LLP

                                             By     /s/ Robert B. Hawk
                                                    Robert B. Hawk