1  Robert B. Hawk (SBN 118054)
   Ryan D. Marsh (SBN 237259)
2  HOGAN & HARTSON LLP
   525 University Avenue, 4th Floor
3  Palo Alto, California 94301
   Telephone: (650) 463-4000
4  Facsimile: (650) 463-4199
   rbhawk@hhlaw.com; rdmarsh@hhlaw.com
5
   Attorneys for Defendant
6  CONAGRA FOODS, INC.

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO DIVISION**

11

12 | JULIE MEAUNRIT, Individually and on Behalf of All Others Similarly Situated, | CASE NO.: C 09-02220 CRB |
   |---|---|
   | Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT, CONAGRA FOODS, INC. TO RESPOND TO COMPLAINT AND OTHER CASE DEADLINES** |
   | v. | |
   | CONAGRA FOODS, INC.; and THE BLACKSTONE GROUP, | |
   | Defendants. | The Honorable Charles R. Breyer |

28 JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT CONAGRA TO RESPOND TO COMPLAINT AND OTHER CASE DEADLINES; CASE NO.: C 09-2220 CRB

1    WHEREAS Plaintiff filed the Complaint on May 20, 2009 in the United States District
2 Court for the Northern District of California;

3    WHEREAS Plaintiff served the Complaint on defendant ConAgra Foods, Inc.
4 ("ConAgra") on or about July 6, 2009;

5    WHEREAS on July 24, 2009 this Court entered an Order, pursuant to Plaintiff and
6 ConAgra's stipulation, extending the deadline for ConAgra to answer or otherwise respond to the
7 Complaint from July 27, 2009 to September 9, 2009;

8    WHEREAS the parties Joint Case Management Conference Statement is due August 28,
9 2009, and the Initial Case Management Conference has been scheduled for September 4, 2009 at
10 8:30 a.m.;

11    WHEREAS the parties have been engaged in discussions regarding legal issues relating to
12 the Complaint, and based upon those discussion Plaintiff has stated that she intends to file a First
13 Amended Complaint during the week of August 31, 2009, which will extend the time for
14 ConAgra to file a response past the current September 9 deadline;

15    WHEREAS, in order to allow defendant ConAgra and the Court sufficient time to
16 consider the First Amended Complaint prior to the deadline for defendants' response to the
17 complaint and the Initial Case Management Conference, the parties desire that the Court continue
18 the deadlines for ConAgra's response to the complaint, the Initial Case Management Conference,
19 and the filing of a joint case management statement;

20    WHEREAS this request for extension of time is made in good faith and not for the
21 purpose of delay, and will not prejudice any party;

22    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant
23 ConAgra, through their respective counsel, that (1) ConAgra's deadline for answering or
24 otherwise responding to plaintiff's Complaint be extended from September 9, 2009 to October 9,
25 2009, (2) the Initial Case Management Conference be continued from September 4, 2009 to
26 October 16, 2009 at 8:30 a.m., and (3) the deadline for filing the Joint Case Management
27 Conference Statement be continued from August 28, 2009 to October 9, 2009.

28

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Dated: August 25, 2009     HOGAN & HARTSON LLP |

IT IS SO STIPULATED.

Dated: August 25, 2009        HOGAN & HARTSON LLP

By:     /s/ Robert B. Hawk
Robert B. Hawk
Attorneys for Defendant
CONAGRA FOODS, INC.

Dated: August 25, 2009        THE CONSUMER LAW GROUP

By:     /s/ Alan M. Mansfield
Alan M. Mansfield
Attorneys for Plaintiff
JULIE MEAUNRIT

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: August 28, 2009        _____
U.S. District Judge Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT CONAGRA TO RESPOND TO COMPLAINT AND OTHER CASE DEADLINES; CASE NO.: C 09-2220 CRB