1  Robert B. Hawk (SBN 118054)
   Ryan D. Marsh (SBN 237259)
2  HOGAN & HARTSON LLP
   525 University Avenue, 4th Floor
3  Palo Alto, California 94301
   Telephone: (650) 463-4000
4  Facsimile: (650) 463-4199
   rbhawk@hhlaw.com; rdmarsh@hhlaw.com
5
   Attorneys for Defendant
6  CONAGRA FOODS, INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN FRANCISCO DIVISION**

11

12 | JULIE MEAUNRIT, Individually and on Behalf of All Others Similarly Situated, | Case No. C 09-02220 CRB |
13 | | **STIPULATION AND [PROPOSED] ORDER RE BRIEFING DEADLINES RE CONAGRA FOODS INC.'S MOTION TO DISMISS** |
   | Plaintiff, | |
14 | | |
   | v. | |
15 | | |
   | CONAGRA FOODS, INC., | |
16 | | The Honorable Charles R. Breyer |
   | Defendants. | |
17

1    WHEREAS Plaintiff filed the Complaint on May 20, 2009 in the United States District Court for the Northern District of California;

3    WHEREAS Plaintiff served the Complaint on defendant ConAgra Foods, Inc. ("ConAgra") on or about July 6, 2009;

5    WHEREAS Plaintiff filed her First Amended Complaint on September 11, 2009;

6    WHEREAS ConAgra filed its Motion to Dismiss Plaintiff's First Amended Complaint on October 9, 2009;

8    WHEREAS to accommodate Plaintiff's expressed desire for additional time to respond to ConAgra's Motion to Dismiss, the parties agreed to a stipulated briefing and hearing schedule on ConAgra's Motion;

11    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant ConAgra, through their respective counsel, that (1) Plaintiff's Opposition Brief to ConAgra's Motion to Dismiss shall be filed on November 4, 2009, (2) ConAgra's Reply Brief in Support of its Motion to Dismiss shall be filed on November 20, 2009, and (3) ConAgra's Motion to Dismiss shall be heard on December 4, 2009 at 10:00 a.m. in this Court.

//

IT IS SO STIPULATED.

Dated: October 16, 2009    HOGAN & HARTSON LLP

By:    /s/ Robert B. Hawk
Robert B. Hawk
Attorneys for Defendant
CONAGRA FOODS, INC.

Dated: October 16, 2009    THE CONSUMER LAW GROUP

By:    /s/ Alan M. Mansfield
Alan M. Mansfield
Attorneys for Plaintiff
JULIE MEAUNRIT

//

//

STIPULATION AND [PROPOSED] ORDER RE BRIEFING DEADLINES RE CONAGRA FOODS, INC.'S MOT. TO DISMISS
CASE NO. C 09-2220 CRB

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   Date:   October 19, 2009        _____
4                                    U.S District Judge, Charles R. Breyer



STIPULATION AND [PROPOSED] ORDER RE BRIEFING DEADLINES RE CONAGRA FOODS, INC.'S
MOT. TO DISMISS
CASE NO. C 09-2220 CRB