1  Robert B. Hawk (SBN 118054)
   Ryan D. Marsh (SBN 237259)
2  HOGAN & HARTSON LLP
   525 University Avenue, 4th Floor
3  Palo Alto, California 94301
   Telephone: (650) 463-4000
4  Facsimile: (650) 463-4199
   rbhawk@hhlaw.com; rdmarsh@hhlaw.com
5
   Attorneys for Defendant
6  CONAGRA FOODS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE MEAUNRIT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CONAGRA FOODS, INC.,<br><br>　　　　　　　　　　　　Defendant. | Case No. C 09-02220 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RE SUPPLEMENTAL BRIEFING DIRECTED AT PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>The Honorable Charles R. Breyer |

| | |
|---|---|
| 1 | WHEREAS pursuant to the Court's December 11, 2009 minute order and consistent with |
| 2 | the Court's directions to the parties during the December 11, 2009 hearing on Defendant |
| 3 | ConAgra Foods, Inc.'s ("ConAgra's") Motion to Dismiss Plaintiff's First Amended Complaint, |
| 4 | the Court granted Plaintiff leave to amend her complaint and file a Second Amended Complaint |
| 5 | within (20) days of that hearing, and indicated that the parties could file supplemental briefs |
| 6 | addressing issues relating to the amended allegations in such amended complaint, and that |
| 7 | counsel should meet and confer over a briefing schedule; |
| 8 | WHEREAS Plaintiff filed the Second Amended Complaint on December 31, 2009; |
| 9 | WHEREAS Defendant intends to submit additional briefing consistent with the Court's |
| 10 | directions and minute order referenced above, and the parties have agreed to a stipulated briefing |
| 11 | schedule; |
| 12 | IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant |
| 13 | ConAgra, through their respective counsel, that |
| 14 | (1) ConAgra's supplemental brief shall be filed on January 29, 2010, |
| 15 | (2) Plaintiff's supplemental brief in response shall be filed on February 18, 2010, |
| 16 | (3) Because the parties have not reached agreement regarding the filing of a supplemental |
| 17 | reply brief, ConAgra reserves its rights to seek leave from the Court to file a supplemental reply |
| 18 | brief, which if such brief is filed, shall be filed no later than February 25, 2010, and Plaintiff |
| 19 | reserves her rights to oppose such an application; and |
| 20 | (4) Defendant's Motion to Dismiss with respect to the First Amended Complaint and |
| 21 | Second Amended Complaint shall be deemed submitted upon the filing of the supplemental |
| 22 | briefing referenced above, and the Court will notify the parties if it wishes further oral argument. |

IT IS SO STIPULATED.

Dated: January 19, 2010        HOGAN & HARTSON LLP

                               By:      /s/ Robert B. Hawk
                                    Robert B. Hawk
                                    Attorneys for Defendant
                                    CONAGRA FOODS, INC.


Dated: January 19, 2010        THE CONSUMER LAW GROUP

                               By:      /s/ Alan M. Mansfield
                                    Alan M. Mansfield
                                    Attorneys for Plaintiff
                                    JULIE MEAUNRIT

//

//

//

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date: January 22, 2010         _____
                               U.S District Judge, Charles R. Breyer

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

---

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE RE CONAGRA FOODS, INC.'S MOT.
TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT
CASE NO. C 09-2220 CRB

2

I, Robert B. Hawk, am the ECF User whose ID and password are being used to file this Joint Stipulation Extending Time For Defendant ConAgra Foods, Inc. to Respond to Complaint. I hereby attest that plaintiff's counsel, through Alan M. Mansfield, Esq., has concurred in this filing.

DATED: January 19, 2010     HOGAN & HARTSON LLP

By   /s/ Robert B. Hawk
    Robert B. Hawk

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE RE CONAGRA FOODS, INC.'S MOT. TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT
CASE NO. C 09-2220 CRB

3