Robert B. Hawk (SBN 118054)
Ryan D. Marsh (SBN 237259)
HOGAN & HARTSON LLP
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
rbhawk@hhlaw.com; rdmarsh@hhlaw.com

Attorneys for Defendant
CONAGRA FOODS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE MEAUNRIT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CONAGRA FOODS, INC.,<br><br>　　　　　　　　　　　　Defendant. | Case No. C 09-02220 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RE SUPPLEMENTAL BRIEFING DIRECTED AT PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>The Honorable Charles R. Breyer |

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE RE CONAGRA FOODS, INC.'S MOT. TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT
CASE NO. C 09-2220 CRB

WHEREAS pursuant to the Court's December 11, 2009 minute order and consistent with the Court's directions to the parties during the December 11, 2009 hearing on Defendant ConAgra Foods, Inc.'s ("ConAgra's") Motion to Dismiss Plaintiff's First Amended Complaint, the Court granted Plaintiff leave to amend her complaint and file a Second Amended Complaint within (20) days of that hearing, and indicated that the parties could file supplemental briefs addressing issues relating to the amended allegations in such amended complaint, and that counsel should meet and confer over a briefing schedule;

WHEREAS Plaintiff filed the Second Amended Complaint on December 31, 2009;

WHEREAS Defendant intends to submit additional briefing consistent with the Court's directions and minute order referenced above, and the parties have agreed to a stipulated briefing schedule;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant ConAgra, through their respective counsel, that

(1) ConAgra's supplemental brief shall be filed on January 29, 2010,

(2) Plaintiff's supplemental brief in response shall be filed on February 18, 2010,

(3) Because the parties have not reached agreement regarding the filing of a supplemental reply brief, ConAgra reserves its rights to seek leave from the Court to file a supplemental reply brief, which if such brief is filed, shall be filed no later than February 25, 2010, and Plaintiff reserves her rights to oppose such an application; and

(4) Defendant's Motion to Dismiss with respect to the First Amended Complaint and Second Amended Complaint shall be deemed submitted upon the filing of the supplemental briefing referenced above, and the Court will notify the parties if it wishes further oral argument.

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE RE CONAGRA FOODS, INC.'S MOT. TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT
CASE NO. C 09-2220 CRB

1    IT IS SO STIPULATED.

2    Dated: January 19, 2010          HOGAN & HARTSON LLP

3                                     By:      /s/ Robert B. Hawk
4                                              Robert B. Hawk
                                               Attorneys for Defendant
5                                              CONAGRA FOODS, INC.

6
7    Dated: January 19, 2010          THE CONSUMER LAW GROUP

8                                     By:      /s/ Alan M. Mansfield
                                               Alan M. Mansfield
9                                              Attorneys for Plaintiff
                                               JULIE MEAUNRIT
10
     //
11
     //
12
     //
13
            PURSUANT TO STIPULATION, IT IS SO ORDERED.
14

15
     Date:  January 22, 2010          _____
16
                                      U.S District Judge, Charles R. Breyer
17

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

---

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE RE CONAGRA FOODS, INC.'S MOT.
TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT
CASE NO. C 09-2220 CRB

2

1     I, Robert B. Hawk, am the ECF User whose ID and password are being used to file this Joint Stipulation Extending Time For Defendant ConAgra Foods, Inc. to Respond to Complaint. I hereby attest that plaintiff's counsel, through Alan M. Mansfield, Esq., has concurred in this filing.

DATED: January 19, 2010        HOGAN & HARTSON LLP

                                           By   /s/ Robert B. Hawk

                                                Robert B. Hawk

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE RE CONAGRA FOODS, INC.'S MOT. TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT
CASE NO. C 09-2220 CRB

3