IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE MEAUNRIT,<br><br>　　　Plaintiff,<br><br>　v.<br><br>CONAGRA FOODS INC.,<br><br>　　　Defendants. | No. C 09-2220 CRB<br><br>**JUDGMENT** |

　　　The Court, having granted Defendant's Motion to Dismiss, enters judgment in favor of Defendant against Plaintiff.

**IT IS SO ORDERED.**

Dated: July 22, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2220\Judgment.wpd